**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
GLENN GARBUS *on behalf of himself and all*
*others similarly situated*,

                      Plaintiff,

    - against -

RICHARD SOKOLOFF d/b/a RICHARD
SOKOLOFF ATTORNEY AT LAW,

                    Defendant.
-------------------------------------------------------X

**FILED**
**CLERK**

4:32 pm, Dec 17, 2018

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 18-585 (JMA) (AKT)

    An Order of Honorable Joan M. Azrack, United States District Judge, having been filed

on December 14, 2018, dismissing this case pursuant to Federal Rule of Civil Procedure 41(b)

for failure to prosecute, and directing the Clerk of the Court to close this case; and, it is

    **ORDERED AND ADJUDGED** that plaintiff Glenn Garbus take nothing of defendant

Richard Sokoloff d/b/a Richard Sokoloff Attorney at Law; that this case is dismissed for failure

to prosecute; and that this case is hereby closed.


Dated: Central Islip, New York
       December 17, 2018

                                 DOUGLAS C. PALMER
                                 CLERK OF THE COURT
                BY:   /S/ CHELSEA TIRADO
                                 DEPUTY CLERK